Neal Walters (ID No. 020901993)
waltersn@ballardspahr.com
Casey Watkins (ID No. 060122014)
watkinsc@ballardspahr.com
BALLARD SPAHR LLP
700 East Gate Drive, Suite 330
Mount Laurel, New Jersey 08054-0015
856.761.3400
856.761.1020 fax

Attorneys for Defendant Subaru of America, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Aimee Hickman, Jared Hickman, William Treasurer, Kelly Drogowski, Frank Drogowski, John Taitano, Richard Palermo, Lori Woiwode, Shawn Woiwode, Carolyn Patol, Cassandra Sember, and Steven Sember, individually and on behalf of all others similarly situated,**<br><br>Plaintiffs;<br><br>v.<br><br>**Subaru of America, Inc. and Subaru Corporation f/k/a Fuji Heavy Industries, LTD.,**<br><br>Defendants. | Case No. 1:21-CV-02100-NLH-AMD<br><br>**Notice of Defendant Subaru of America, Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint**<br>**[Fed. R. Civ. P. 12(b) (6)]**<br><br>Motion Day: July 6, 2021 |

**TO ALL PARTIES AND
THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 6, 2021, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant Subaru of America, Inc. shall move before the United States District Court for the District of New Jersey, the Honorable Noel L. Hillman presiding, at the Mitchell H. Cohen U.S. Courthouse, 1 John F. Gerry Plaza, Camden, New Jersey 08101-2797,

for an order dismissing Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, in support thereof, Defendant Subaru of America, Inc. will rely on its brief and certification of counsel filed with this motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 78.1(b), oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order also is attached.

Dated: June 11, 2021

Respectfully submitted,

*s/Casey Watkins*
Neal Walters (ID No. 020901993)
waltersn@ballardspahr.com
Casey Watkins (ID No. 060122014)
watkinsc@ballardspahr.com
BALLARD SPAHR LLP
700 East Gate Drive, Suite 330
Mount Laurel, New Jersey 08054-0015
856.761.3400
856.761.1020 fax

Attorneys for Defendant Subaru of America, Inc.