Neal Walters (ID No. 020901993)
waltersn@ballardspahr.com
BALLARD SPAHR LLP
700 East Gate Drive, Suite 330
Mount Laurel, New Jersey 08054-0015
856.761.3400
856.761.1020 fax

Attorney for Defendant Subaru Corporation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Aimee Hickman, Jared Hickman, William Treasurer, Kelly Drogowski, Frank Drogowski, John Taitano, Richard Palermo, Lori Woiwode, Shawn Woiwode, Carolyn Patol, Cassandra Sember, and Steven Sember, individually and on behalf of all others similarly situated,**<br><br>Plaintiffs;<br><br>v.<br><br>**Subaru of America, Inc. and Subaru Corporation f/k/a Fuji Heavy Industries, LTD.,**<br><br>Defendants. | Case No. 1:21-CV-02100-NLH-AMD<br><br>**Notice of Defendant Subaru Corporation's Motion to Dismiss [Fed. R. Civ. P. 12(b)(6)]**<br><br>Motion Day: January 3, 2022 |

**TO ALL PARTIES AND
THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that on January 3, 2022, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant Subaru Corporation shall move before the United States District Court for the District of New Jersey, the Honorable Noel L. Hillman presiding, at the Mitchell H. Cohen U.S. Courthouse, 1 John F. Gerry Plaza, Camden, New Jersey 08101-2797, for an order dismissing Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

- 2 -

**PLEASE TAKE FURTHER NOTICE** that, in support thereof, Defendant Subaru Corporation will rely on its brief filed with this motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 78.1(b), oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order also is attached.

| | |
|---|---|
| Dated: December 3, 2021 | Respectfully submitted,<br><br>*s/Neal Walters*<br>Neal Walters (ID No. 020901993)<br>waltersn@ballardspahr.com<br>BALLARD SPAHR LLP<br>700 East Gate Drive, Suite 330<br>Mount Laurel, New Jersey 08054-0015<br>856.761.3400<br>856.761.1020 fax<br><br>Attorney for Defendant Subaru Corporation |