# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AIMEE HICKMAN, *et al.*, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>SUBARU OF AMERICA, INC., *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 1:21-CV-02100-NLH-AMD<br><br>Motion Date: September 18, 2023<br><br>PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT |

**PLEASE TAKE NOTICE** that on September 18, 2023 at 9:00 AM or as soon thereafter as the matter can be heard, Plaintiffs Aimee and Jared Hickman, Frank and Kelly Drogowski, Richard Palermo, Carolyn, Patol, Cassandra and Steven Sember, John Taitano, William Treasurer, and Lori and Shawn Woiwode ("Plaintiffs"), individually and on behalf of all other similarly situated, move this Court before Hon. Noel L. Hillman, U.S.D.J., pursuant to Rule 23 of the Federal Rules of Civil Procedure for an Order: (1) granting preliminary approval of the Settlement; (2) conditionally certifying the proposed Settlement Class for settlement purposes; (3) conditionally appointing Plaintiffs as the Representative Plaintiffs and Plaintiffs' Counsel, Russell Paul, Amey Park, Abigail Gertner and Natalie Lesser of Berger Montague PC, as Settlement Class Counsel; (4) approving the Parties' proposed Class Notice form and plan for disseminating the Class Notice; (5) appointing JND Legal Administration as the Settlement Administrator; (6) setting

deadlines for the filing of any objections to, or requests for exclusion from, the Settlement, and for other submissions in connection with the Settlement approval process; and (7) setting a Final Fairness Hearing date and briefing schedule for Final Approval of the Settlement and Plaintiffs' application for attorneys' fees, reimbursement of costs and expenses, and service awards for the Representative Plaintiffs.

In support of this motion, Plaintiffs rely upon the accompanying brief in support, the Declaration of Russell D. Paul ("Paul Decl."), and a copy of the fully executed Settlement Agreement, which is attached as Exhibit 1 to the Paul Decl. The following Exhibits are appended to the Settlement Agreement:

- Exhibit A, proposed Claim Form
- Exhibit B, proposed First Class Notice
- Exhibit C, proposed Full Notice
- Exhibit D, proposed Final Approval Order
- Exhibit E, proposed Preliminary Approval Order
- Exhibit F, proposed Claim Decision and Option Letter
- Exhibit G, proposed Request for Exclusion template

Defendants Subaru of America, Inc. and Subaru Corporation do not oppose this motion.

Dated August 18, 2023   Respectfully submitted,

By: *s/ Russell D. Paul*
Russell D. Paul (NJ Bar. No. 037411989)
Amey J. Park (NJ Bar. No. 070422014)
Abigail J. Gertner (NJ Bar. No. 019632003)
Natalie Lesser (NJ Bar. No. 017882010)
**BERGER MONTAGUE PC**
1818 Market Street Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000

rpaul@bm.net
apark@bm.net
agertner@bm.net
nlesser@bm.net

*Attorneys for Plaintiffs and the Proposed Class*

Case 1:21-cv-02100-ESK-AMD   Document 67   Filed 08/18/23   Page 3 of 3 PageID: 990