# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AIMEE HICKMAN, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUBARU OF AMERICA, INC., *et al.*,<br><br>Defendants. | Case No. 1:21-CV-02100-NLH-AMD<br><br>Motion Date: April 16, 2024<br><br>**PLAINTIFFS' MOTION FOR AN ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

**PLEASE TAKE NOTICE** that on April 16, 2024, at 2:00 P.M., or as soon thereafter as the matter can be heard, Plaintiffs Aimee and Jared Hickman, Frank and Kelly Drogowski, Richard Palermo, Carolyn Patol, Cassandra and Steven Sember, John Taitano, William Treasurer, and Lori and Shawn Woiwode ("Plaintiffs"), individually and on behalf of all others similarly situated, will move this Court before Hon. Noel L. Hillman, U.S.D.J., pursuant to Federal Rule of Civil Procedure 23 to enter the proposed Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement.

In support of this motion, Plaintiffs rely upon the accompanying Memorandum of Law and the authorities cited therein; the declaration of Russell D. Paul; the declaration of Jennifer M. Keough of JND Legal Administration, with Exhibits A-D; the Settlement Agreement and Release; the proposed Final Approval

Order and Judgment, submitted at ECF No. 67-7; and all files, records, and proceedings in this matter.

Plaintiffs state as follows:

1. The Parties have entered into a Settlement Agreement (ECF No. 67-3), to which the Court previously granted preliminary approval. ECF No. 98.

2. This motion is not opposed by Defendants Subaru of America, Inc. and Subaru Corporation.

3. Plaintiffs respectfully request that the Court:

   a) Grant final approval to the Settlement Agreement as fair, adequate and reasonable;

   b) Finally certify the Class as defined in the Settlement Agreement for purposes of settlement;

   c) Finally appoint Plaintiffs as Representative Plaintiffs of the class and Berger Montague PC as Class Counsel;

   d) Enter the proposed Final Approval Order and Judgment; and

   e) Grant such other and further relief as the Court deems equitable and just.

Dated: January 30, 2024     Respectfully submitted,

*/s/ Russell D. Paul*
Russell D. Paul (NJ Bar. No. 037411989)
Amey J. Park (NJ Bar. No. 070422014)
Abigail J. Gertner (NJ Bar No. 019632003)
Natalie Lesser (NJ Bar. No. 017882010)

**BERGER MONTAGUE PC**
1818 Market Street Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3062
rpaul@bm.net
apark@bm.net
agertner@bm.net
nlesser@bm.net

*Attorneys for the Plaintiffs and Proposed Class*